# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



JS-6

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __SAV 07-01003-JVS(CTx)__   Date __January 29, 2008__

Title: __U.S.A. v. Holly Jackson__

Present: The Honorable __James V. Selna__

| Karla J. Tunis | Not Present | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
Not Present                          Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __November 5, 2007 (#5)__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer ___kjt___